# Griffin Williams McMahon & Walsh LLP

21 N. 4th St.
Geneva, IL 60134
630-524-2595

Patrick J. Walsh
21 N. Fourth Street
Geneva, IL 60134

# Invoice

| | |
|---|---:|
| Invoice Number | 9844 |
| Invoice Date | 09/30/2021 |
| Payment Due On | 10/14/2021 |
| **Amount Due** | **$29,945.80** |

Pay Now

# Rule 11 Notice of Intent

## Fees

| Date | Description | Staff | Rate | Hours | Total |
|---|---|---|---|---|---|
| 08/05/2020 | Legal research and preparation of draft Rule 11 letter and Motion to Dismiss; Review client documents. | PMG | $400.00 | 5.00 | $2,000.00 |
| 08/10/2020 | Complete research and finalize draft Motion for client review. | PMG | $400.00 | 3.50 | $1,400.00 |
| 08/17/2020 | Review of correspondence from Eberhardt; Provide requested exhibits. | PMG | $400.00 | 0.40 | $160.00 |
| 09/08/2020 | Review of file; Correspondence with Eberhardt regarding deadline to dismiss complaint. | PMG | $400.00 | 0.50 | $200.00 |
| 09/09/2020 | Update and edit Motion to Dismiss for filing. | PMG | $400.00 | 1.00 | $400.00 |
| 09/14/2020 | Correspondence with Northern District regarding procedural requirements for noticed motions; Correspondence with Eberhardt regarding same. | PMG | $400.00 | 0.60 | $240.00 |
| 09/15/2020 | Telephone conference with Tom Condon regarding Village's Motion to Dismiss. | PMG | $400.00 | 0.50 | $200.00 |



| | | | | | |
|---|---|---|---|---|---|
| 09/15/2020 | Draft proposed agreed order; Review Minute Order. | PMG | $400.00 | 0.40 | $160.00 |
| 09/16/2020 | Review of Village's Motion to Dismiss; Discussion with client regarding same. | PMG | $400.00 | 0.50 | $200.00 |
| 10/09/2020 | Telephone conference and correspondence with attorney Tom Condon regarding pending Motions and agreed briefing schedule; Correspondence with client regarding same. | PMG | $400.00 | 0.60 | $240.00 |
| 10/13/2020 | Review of Minute Order regarding briefing schedule. | PMG | $400.00 | 0.20 | $80.00 |
| 10/20/2020 | Review of Motion for Leave to Amend; Review proposed amended complaint. | PMG | $400.00 | 1.00 | $400.00 |
| 10/22/2020 | Review of Minute Order regarding Plaintiff's Motion to Amend. | PMG | $400.00 | 0.20 | $80.00 |
| 10/29/2020 | Correspondence with Attorney Covdun regarding Motion to Amend; Correspondence with client regarding same. | PMG | $400.00 | 0.50 | $200.00 |
| 12/27/2020 | Review and edit Response in Opposition to Motion to Dismiss. | PMG | $400.00 | 1.00 | $400.00 |
| 02/08/2021 | Legal services provided - 2/8/2021<br>- Eberhardt Docket Entry (01.13.21 Briefing Sch Renew Motion Preliminary Injunction Doc. #111 reviewed (0.10 hrs.) | JMR | $60.00 | 0.10 | $6.00 |
| 02/10/2021 | Legal services provided - 2/10/2021<br>- Eberhardt Motion to Dismiss - PMG Draft Dated 8.5.20 Client review (0.10 hrs)<br>- Eberhardt Response in Opposition to Plaintiff's Motion for Leave to File Corrected Complaint Final 12.28.20 reviewed (0.10 hrs) | PMG | $400.00 | 0.30 | $120.00 |
| 02/12/2021 | Legal services provided - 2/12/2021<br>- Eberhardt Order 02.10.21 created (0.10 hrs)<br>- 2 emails sent/reviewed regarding Eberhardt Order 02.10.21 (0.30 hrs) | JMR | $60.00 | 0.40 | $24.00 |
| 02/12/2021 | Legal services provided - 2/12/2021<br>- Eberhardt Order 02.10.21 created (0.10hrs) | JMR | $60.00 | 0.10 | $6.00 |
| 02/12/2021 | Review of Order granting Motion to Dismiss. | PMG | $400.00 | 0.70 | $280.00 |

| Date | Description | Initials | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 02/16/2021 | Legal services provided - 2/16/2021<br>- Eberhardt Complaint reviewed (0.10 hrs)<br>- Eberhardt Order (1 20 -cv-03269) Order Memo Opinion Order 10.14.20 (1 20-cv-03269) reviewed (0.10 hrs) | JMR | $60.00 | 0.20 | $12.00 |
| 02/16/2021 | Legal services provided - 2/16/2021<br>- Doc. #79 - Exhibit A to Motion for Leave to File Amended Complaint reviewed (0.10hrs) | JMR | $60.00 | 0.10 | $6.00 |
| 02/18/2021 | Legal services provided 2/18/2021<br>- Eberhardt Response to Plaintiff's Motion for Leave to File Corrected Complaint w/Exhibits Tinley Park Filed 12.28.20 reviewed (0.10 hrs) | PMG | $400.00 | 0.10 | $40.00 |
| 02/22/2021 | Review of Amended Complaint and various Motions and Orders. | PMG | $400.00 | 0.80 | $320.00 |
| 02/22/2021 | Legal services provided - 2/22/2021<br>- Eberhardt Order 02.10.21 reviewed (0.10 hrs) | JMR | $60.00 | 0.10 | $6.00 |
| 02/22/2021 | Legal services provided 2/22/2021<br>- Eberhardt Motion to Dismiss - PMG Draft Dated 8.5.20 Client Review (0.40 hrs)<br>- Eberhardt Motion to Dismiss Complaint Amended First File 2.22.21 created, then edited (0.30 hrs)<br>- Eberhardt Complaint review (0.10 hrs)<br>- 1 email sent/reviewed regarding Complaint (0.10 hrs) | PMG | $400.00 | 0.90 | $360.00 |
| 02/23/2021 | Legal services provided - 2/23/2021<br>- 1 email sent/reviewed regarding Rule 11 Notice of Intent (0.10hrs) | PMG | $400.00 | 0.10 | $40.00 |

| Date | Description | Staff | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 02/23/2021 | Legal services provided - 2/23/2021<br>- Eberhardt Motion for Preliminary Injunction Eberhardt created (0.10 hrs)<br>- Eberhardt Memorandum of Law In Support of Motion for Preliminary Injunction Eberhardt created (0.10 hrs)<br>- Eberhardt NOM Motion for Preliminary Injunction & Memorandum Eberhardt created (0.10 hrs)<br>- Eberhardt Complaint Amended First Filed 2.22.21 reviewed (0.10 hrs)<br>- Eberhardt Docket Entry 2.22.21 created then reviewed (0.10 hrs)<br>- 2 emails sent/reviewed regarding Eberhardt v. Walsh Case No. 1:20-cv-01171 (0.20hrs) | JMR | $60.00 | 0.70 | $42.00 |
| 02/23/2021 | Legal services provided 2/23/2021<br>- Eberhardt Motion for Preliminary Injunction 2.23.21 combined created (0.10 hrs)<br>- 1 email sent/reviewed regarding Motion for Preliminary Injunction Combined (0.10 hrs)<br>- Eberhardt DUE Reply ISO Motion for Preliminary Injunction Due Eberhardt attended (1.00 hrs) | PMG | $400.00 | 1.10 | $440.00 |
| 02/26/2021 | Review of emergency motions. | PMG | $400.00 | 0.50 | $200.00 |
| 02/26/2021 | Legal services provided 2/26/2021<br>- Eberhardt No Appearance Motion for Preliminary Injunction Ebehardt (Judge Norgle Sr.) attended (0.50 hrs) | PMG | $400.00 | 0.50 | $200.00 |
| 03/02/2021 | Review of court order; Correspondence with client regarding same. | PMG | $400.00 | 1.00 | $400.00 |
| 03/08/2021 | Legal services provided 3/08/2021<br>- Eberhardt Order 03.02.21 TRO created (0.10 hrs) | JMR | $60.00 | 0.10 | $6.00 |
| 03/09/2021 | Legal services provided 3/9/2021<br>- Eberhardt Rule 11 Notice 3.9.21 created (0.10 hrs)<br>- All notes edited (0.20 hrs)<br>- Eberhardt Complaint Amended First Filed 2.22.21 reviewed (0.50 hrs) | PMG | $400.00 | 0.80 | $320.00 |
| 03/10/2021 | Legal services provided - 3/10/2021<br>- FILED - 1:20-cv-001171 - PLAINTIFF'S DEADLINE TO FILE AN AMENDED COMPLAINT - Eberhardt v. Village of Tinley Park Et Al attended (0.50hrs) | PMG | $400.00 | 0.50 | $200.00 |

| Date | Description | Attorney | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 03/10/2021 | Legal services provided - 3/10/2021 - FILED - 1:20-cv-001171 - PLAINTIFF'S DEADLINE TO FILE AN AMENDED COMPLAINT - Eberhardt v. Village of Tinley Park Et Al attended (0.50hrs) | JMR | $60.00 | 0.50 | $30.00 |
| 03/16/2021 | Legal services provided - 3/16/2021 - 2 emails sent/reviewed regarding Eberhardt Walsh Deadline dates (0.10 hrs) | JMR | $60.00 | 0.10 | $6.00 |
| 03/29/2021 | Legal services provided 3/29/2021 - Eberhardt NOF Response In Opposition to Plaintiff's Motion for Leave to File Corrected Complaint reviewed (0.40 hrs) | JMR | $60.00 | 0.40 | $24.00 |
| 03/31/2021 | Legal services provided - 3/31/2021 - Eberhardt Rule 11 Notice 3.9.21 reviewed (0.10 hrs) - 3 emails sent/reviewed regarding Eberhardt Rule 11 Notice (0.40 hrs) - 3 emails sent/reviewed regarding Eberhardt v. Waldh Case NO. 1:20-cv-01171 (0.20 hrs) | JMR | $60.00 | 0.70 | $42.00 |
| 03/31/2021 | Legal services provided 3/31/2021 - Eberhardt Complaint Amended First Filed 2.22.21 reviewed (0.60 hrs) - Eberhardt Rule 11 Notice 3.9.21 edited (0.60 hrs) - Eberhardt Rule 11 Notice of Intent Letter Dated 8.5.20 Client Review (0.20 hrs) - 1 email sent/reviewed regarding Eberhardt Rule 11 Notice (0.10 hrs) | PMG | $400.00 | 1.50 | $600.00 |
| 04/02/2021 | Review of correspondence from Eberhardt; Discuss with client. | PMG | $400.00 | 0.50 | $200.00 |
| 04/06/2021 | Legal Services Provided 4/6/2021 - Eberhardt Complaint Review (0.10 hrs) - Eberhardt Motion to Dismiss Complaint Amended First File 2.22.21 edited (4.40 hrs) - 1 email sent/reviewed regarding Eberhardt Rule 11 Notice (0.20 hrs) | PMG | $400.00 | 4.70 | $1,880.00 |
| 04/07/2021 | Review of Amended Complaint; Prepare and file Motion to Dismiss. | PMG | $400.00 | 4.00 | $1,600.00 |

| Date | Description | Staff | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 04/07/2021 | Legal services provided - 4/7/2021<br>- Eberhardt Rule 11 Notice 03.31.21 reviewed (0.10 hrs)<br>- Eberhardt Rule 11 Notice 3.9.21 reviewed (0.10 hrs)<br>- Eberhardt Rule 11 Notice of Intent Letter Dated 8.5.20 Walsh reviewed (0.20 hrs)<br>- Eberhardt Rule 11 Memo 7.20.20 Walsh reviewed (0.20 hrs)<br>- Eberhardt Tinley Park Purchasing Policy reviewed (0.10 hrs)<br>- Eberhardt Complaint Amended first Filed 2.22.21 reviewed (0.10 hrs)<br>- Eberhardt NOF Response In Opposition to Plaintiff's Motion for Leave to File Corrected Complaint reviewed (0.20 hrs)<br>- Eberhardt Motion to Dismiss w Exhibits 04.07.21 created (0.10 hrs)<br>- 2 emails sent/reviewed regarding Eberhardt v Walsh Case No. 1:20-cv-01171 (0.10 hrs) | JMR | $60.00 | 1.20 | $72.00 |
| 04/07/2021 | Legal services provided 4/7/2021<br>- Eberhardt Motion to Dismiss Complaint Amended First File 2.22.21 edited and reviewed (1.10 hrs) | PMG | $400.00 | 1.10 | $440.00 |
| 04/07/2021 | Review of Co-Defendant's Motion to Dismiss. | PMG | $400.00 | 0.70 | $280.00 |
| 04/09/2021 | Review of Order on Motion to Dismiss and Briefing Schedules. | PMG | $400.00 | 0.20 | $80.00 |
| 04/09/2021 | Legal services provided 4/9/2021<br>- 1 email sent/reviewed regarding Activity in Case 1:20-cv-01171<br>- Eberhardt v. Village of Tinley Park et al memorandum in opposition to motion (0.10 hrs)<br>- 1 email sent/reviewed regarding Activity in Case 1:20-cv-01171 Eberhardt v. Tinley Park et al Motion to Dismiss for Failure to State a Claim (0.10 hrs)<br>- 1 email sent/reviewed regarding Activity in Case 1:20-cv-01171 Eberhardt v. Tinley Park et al terminate hearings (0.10 hrs) | PMG | $400.00 | 0.30 | $120.00 |
| 04/12/2021 | Legal services provided 4/12/2021<br>- Eberhardt Tinley Park Purchasing Policy reviewed (0.20 hrs) | PMG | $60.00 | 0.20 | $12.00 |

| Date | Description | Initials | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 04/12/2021 | Legal services provided - 7/12/2021<br>- Eberhardt Defs' Response to Preliminary Injection 04.07.21 created (0.10 hrs)<br>- Eberhardt Defs' Motion to Dismimss VOTP et al 04.07.21 created (0.10 hrs)<br>- Eberhardt Docket Entry 04.09.21 created (0.10 hrs) | JMR | $60.00 | 0.30 | $18.00 |
| 04/19/2021 | Legal services provided 4/19/2021<br>- 1 email sent/reviewed regarding Eberhardt v Walsh Case No. 1:20-cv-01171 (0.10 hrs) | JMR | $60.00 | 0.10 | $6.00 |
| 04/20/2021 | Initial review of Eberhardt's response. | PMG | $400.00 | 0.80 | $320.00 |
| 04/20/2021 | Legal services provided - 4/20/2021<br>- Eberhardt Pltf's Cons Motion t STrike Exhibits & Response to Walsh's Motion to Dismiss Eberhardt Filed 04.20.21 created (0.10 hrs) | JMR | $60.00 | 0.10 | $6.00 |
| 04/21/2021 | Legal services provided - 4/21/2021<br>1 email sent/reveiwed regarding Eberhardt v. Walsh Case No. 1:20-cv-01171 (0.10 hrs) | JMR | $60.00 | 0.10 | $6.00 |
| 04/22/2021 | Legal services provided 4/22/2021 Review response in opposition to Defendant Walsh's Motion to Dismiss | PMG | $400.00 | 2.50 | $1,000.00 |
| 04/22/2021 | Legal services provided 4/22/2021 Review response in opposition to Village of Tinley Park Defendants' Motion to Dismiss | PMG | $400.00 | 1.00 | $400.00 |
| 04/22/2021 | Legal services provided 4/22/2021<br>- Eberhardt Motion to Dismiss w Exhibits Walsh 04.07.21 reviewed (0.20 hrs)<br>- Eberhardt Reply In Support of Motion to Dismiss created, then edited. (0.30 hrs) | PMG | $400.00 | 0.50 | $200.00 |
| 04/26/2021 | Legal services provided 4/26/2021<br>- Eberhardt Reply In Support of Motion to Dismiss edited and reviewed. (0.50 hrs) | PMG | $400.00 | 0.50 | $200.00 |
| 05/04/2021 | Legal services provided - 5/4/2021<br>- Eberhardt NOF Response in Opposition to Plaitniff's Motion for Leave to File Corrected Complaint reviewed (0.10 hrs) | JMR | $60.00 | 0.10 | $6.00 |

| Date | Description | Who | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/05/2021 | Legal services provided - 5/5/2021<br>- Doc. #120 - FILED - NOM & COS For Plaintiff's Motion For Preliminary Injunction & Memorandum In Support Of Same - Walsh reviewed (0.10hrs) | JMR | $60.00 | 0.10 | $6.00 |
| 05/05/2021 | Legal services provided on - 5/2021<br>- Eberhardt Motion to Dismiss Complaint Amended First File 2.22.21 reviewed (0.10 hrs)<br>- Eberhardt NOF Motion Extend Time Reply ISO Motion to Dismiss 05.05.21 edited and reviewed (0.20 hrs)<br>- Eberhardt Motion to Extend Time Walsh 05.05.21 reviewed (0.10 hrs)<br>- Eberhardt NOF Motion to Extend Time Filed created then reviewed (0.10 hrs)<br>- Eberhardt Walsh NOF Reply ISO Motion to Dismiss First Amended Complaint VOtP, Thirion et al Filed 05.05.21 created (0.10 hrs)<br>- Eberhardt v Walsh Reply ISO Motion to Dismiss First Amended Complaint VOTP Thirion et al Filed 05.05.21 created (0.10 hrs) | JMR | $60.00 | 0.80 | $48.00 |
| 05/05/2021 | Review of Reply Brief of Village, Et Al. | PMG | $400.00 | 0.50 | $200.00 |
| 05/05/2021 | Legal services provided 5/5/2021<br>- Ebherhardt Motion to Extend Time Walsh 05.05.21 edited (0.30 hrs)<br>- 1 email sent/reviewed regarding Ebehardt v. Walsh Motion to Extend Time & NOM (0.10 hrs)<br>- 1 email sent/reviewed regarding Eberhardt v. Walsh - Case No. 1:20-cv-01171 (0.10 hrs) | PMG | $400.00 | 0.50 | $200.00 |
| 05/05/2021 | Prepare and file Motion for Extension of Time to File Reply Brief. | PMG | $400.00 | 0.50 | $200.00 |
| 05/10/2021 | Legal services provided - 5/10/2021<br>- 2 emails sent/reviewed regarding Eberhardt v Walsh Case No. 1:20-cv-01171 (0.20 hrs) | JMR | $60.00 | 0.20 | $12.00 |

| Date | Description | Attorney | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/10/2021 | Legal services provided - 5/10/2021<br>- Eberhardt Complaint Amended First Filed 2.22.210 reviewed (0.20 hrs)<br>- Eberhardt Motion to Dismiss w Exhibits Walsh 04.07.21 reviewed (0.20 hrs)<br>- Eberhardt Reply in Support of Motion to Dismiss edited (3.10 hrs)<br>- Eberhardt Motion to Dismiss Complaint Amended First File 2.22.21 reviewed (.030 hrs) | PMG | $400.00 | 3.80 | $1,520.00 |
| 05/11/2021 | Legal services provided - 5/11/2021<br>- Eberhardt Motion to Dismiss Complaint Amended First Village Filed 04.07.21 reviewed (0.10 hrs)<br>- Eberhardt Complaint Amended First Filed 2.22.21 reviewed (0.10 hrs)<br>- Eberhgardt Reply in Support of Motion to Dismiss edited and reviewed (4.70 hrs)<br>- Eberhardt Motion to Dismiss Complaint Amended First File 2.22.21 reviewed (0.40 hrs) | PMG | $400.00 | 5.30 | $2,120.00 |
| 05/11/2021 | Legal services provided on -5/11/2021<br>- Eberhardt Walsh Docket Entry 05.11.021 created (0.10 hrs)<br>- Eberhardt Reply in Support of Motion to Dismiss reviewed (0.10 hrs)<br>- Eberhardt Motion to Extend Time Walsh 05.05.21 reviewed (0.10 hrs)<br>- Eberhardt NOF Motion to Extend Tie Reply ISO Motion to Dismiss 05.05.21 reviewed (0.10 hrs) | JMR | $60.00 | 0.40 | $24.00 |
| 05/12/2021 | Legal services provided on 5/12/2021<br>- Eberhardt Complaint Amended First Exhibits II reviewed (0.20 hrss)<br>- Eberhardt Motion to Dismiss w Exhibits Walsh 04.07.21 reviewed (0.30 hrs)<br>- Eberhardt Reply in Support of Motion to Dismiss edited and reviewed (1.30 hrs)<br>- Eberhardt Motion to Dismiss Complaint Amended First File 2.22.21 reviewed (0.20 hrs) | PMG | $400.00 | 2.00 | $800.00 |
| 05/13/2021 | Preparation of reply in support of motion to dismiss. | PMG | $400.00 | 1.50 | $600.00 |

| Date | Description | Attorney | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/13/2021 | Legal services provided - 5/13/2021<br>- Eberhardt Reply in Support of Motion to Dismiss reviewed (0.10 hrs)<br>- Eberhardt NOF Reply ISO Motion to Dismiss Walsh 05.13.21 edited and reviewed (0.10 hrs)<br>- 1 email sent/reviewed (0.10 hrs) | JMR | $60.00 | 0.30 | $18.00 |
| 05/19/2021 | Legal services provided - 5/19/2021<br>- Eberhardt Walsh Docket Entry 05.11.21 reviewed (0.10hrs) | JMR | $60.00 | 0.10 | $6.00 |
| 07/02/2021 | Legal services provided - 7/2/2021<br>- Eberhardt Consolidated Motion to Strike Exhibits & Response to Walsh's Motion to Dismiss Eberhardt Filed 04.20.21 reviewed (0.10 hrs) | PMG | $400.00 | 0.10 | $40.00 |
| 08/06/2021 | Legal services provided - 8/6/2021<br>- Eberhardt Consolidated Motion to Strike Exhibits & Response to Walsh's Motion to Dismiss Eberhardt Filed 04.20.21 reviewed (0.10 hrs) | PMG | $400.00 | 0.10 | $40.00 |
| 09/13/2021 | Legal services provided - 9/13/2021<br>- Eberhardt Reply in Support of Motion to Dismiss reviewed (0.10 hrs)<br>- Eberhardt Motion for Sanctions Rule 11 created, then edited (1.70 hrs) | PMG | $400.00 | 1.80 | $720.00 |
| 09/14/2021 | Legal services provided - 9/14/2021<br>- Eberhardt Motion for Sanctions Rule 11 edited (0.60 hrs) | PMG | $400.00 | 0.60 | $240.00 |
| 09/27/2021 | Legal services provided - 9/27/2021<br>- Eberhardt Order 11.9.20 Feinerman reviewed (0.10 hrs)<br>- Eberhardt Motion to Dismiss w Exhibits Walsh 04.07.21 reviewed (0.20 hrs)<br>- Eberhrdt Affidavit McMahon created, then edited (1.00 hrs)<br>- Eberhardt Motion to Dismiss Complaint Amended First File 2.22.21 reviewed (0.10 hrs)<br>- Eberhardt Rule 11 Memo 4.16.20 Letterhead reviewed (0.20 hrs)<br>- Eberhardt Motion for Sanctions Rule 11 edited (2.00 hrs) | PMG | $400.00 | 3.60 | $1,440.00 |

| Date | Description | Staff | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/28/2021 | Legal services provided - 9/28/2021<br>- Eberghardt Plaintiff's Second renewed Motion for Preliminary Injunction w Exhibits Filed Eberhardt reviewed (0.10 hrs)<br>- Eberhardt Motion for Sanctions w Exhibits reviewed (0.10 hrs)<br>- Eberhardt Complaint reviewed (0.10 hrs)<br>- Eberhardt Order 02.10.21 reviewed (0.10 hrs)<br>- Eberhardt Motion for Sanctions Rule 11 edited (3.50 hrs) | PMG | $400.00 | 3.90 | $1,560.00 |
| 09/28/2021 | Legal services provided - 9/28/2021<br>- Eberhardt NOF Motion for Sanctions (0.20 hrs) | JMR | $60.00 | 0.20 | $12.00 |
| 09/30/2021 | Legal services provided - 9/30/2021<br>- Eberhardt Affidavit McMahon edited (0.10 hrs)<br>- Eberhardt Affidavit Griffin edited (0.10 hrs)<br>- Eberhardt Memorandum of Law in Support of Motion for Sanctions 11 edited (1.70 hrs) | PMG | $400.00 | 1.90 | $760.00 |
| 09/30/2021 | Legal services provided - 9/29/2021<br>- Eberhardt Complaint Amended First Filed 2.22.21 reviewed (2.10 hrs)<br>- Eberhardt Motion to Dismiss w Exhibits Walsh 04.07.21 reviewed (0.20 hrs)<br>- Eberhardt Motion to Dimiss - PMG Draft Dated 8.5.20 Walsh reviewed (0.10 hrs)<br>- Eberhardt Motion for Sanctions Rule 11 edited (3.00 hrs)<br>- Eberhardt Affidavit Griffin created, then edited (0.60 hrs) | PMG | $400.00 | 6.00 | $2,400.00 |
| 09/30/2021 | Legal services provided - 9/29/2021<br>- Eberhardt NOF Motion for Sanctions edited (0.10 hrs)<br>- Eberhardt Ethics Complaint List edited and reviewed (0.20 hrs)<br>- Eberhardt FOIA's 11.01.16 to present reviewed (0.10 hrs) | JMR | $60.00 | 0.40 | $24.00 |
| 09/30/2021 | Legal services provided - 9/30/2021<br>- Eberhardt FOIA's 11.01.16 to present reviewed (0.10 hrs)<br>- Eberhardt Complaints List edited and reviewed (0.10 hrs) | JMR | $60.00 | 0.20 | $12.00 |
| | | | | | $29,938.00 |

## Expenses

| Date | Description | Cost | Qty | Total |
|---|---|---|---|---|
| 08/14/2020 | Postage - Certified Mail / Return Receipt Requested | $7.80 | 1.00 | $7.80 |
| | | | | $7.80 |

| | | |
|---|---|---|
| | Subtotal | $29,945.80 |
| | Total | $29,945.80 |
| | Total Balance Due | $29,945.80 |

## Prior Balances

| Date | Invoice Number | Due Date | Amount | Payments | Due |
|---|---|---|---|---|---|
| Total | | | $0.00 | $0.00 | $0.00 |

## Account Summary

No entries found