# United States Court of Appeals
For the Seventh Circuit
Chicago, Illinois 60604

March 28, 2023

**By the Court:**

| | |
|---|---|
| STEPHEN E. EBERHARDT, I, | ] Appeal from the United |
| Plaintiff-Appellant, | ] States District Court for |
| | ] the Northern District of |
| No. 22-2623       v. | ] Illinois, Eastern Division. |
| | ] |
| VILLAGE OF TINLEY PARK, et al., | ] No. 1:20-cv-01171 |
| Defendants-Appellees. | ] |
| | ] Charles R. Norgle, |
| | ]      Judge. |

O R D E R

On consideration of the Eighth Status Report filed by appellant on March 27, 2023,

IT IS ORDERED that appellant file, on or before April 28, 2023, a further status report regarding the disposition of appellant's motion for reconsideration.

If the district court has not issued its ruling, appellant again should inquire of the district judge when a ruling is expected.

Briefing shall continue to be SUSPENDED pending further court order.